Argued October 6—decided November 3, 1970

Boucher Agency, Inc. *v.* David E. Zimmer et al.

The motion for judgment by default by the plaintiff in the appeal from the Court of Common Pleas in Fairfield County is granted unless the defendants file their brief on or before December 1, 1970.

*Raphael Korff,* for the appellant (plaintiff).

*John J. Hunt,* for the appellees (defendants).

Argued November 3—decided November 3, 1970